**FILED**

FEB 19 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VALLES,<br>　　　Petitioner,<br>　v.<br>T. BUSBY, Warden,<br>　　　Respondent. | No. C 13-04933 EJD (PR)<br>ORDER OF TRANSFER |

　　　Petitioner, a state prisoner at the California Institution for Men in Chino, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state conviction.

　　　Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). However, Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). The petition indicates that Petitioner was convicted in Los Angeles County which lies within the venue of the Western Division of the Central District of California. See 28 U.S.C. 84(b).

///

Order of Transfer
P:\PRO-SE\EJD\HC.13\04933Valles_transfer.wpd

Accordingly, the above-titled action is hereby TRANSFERRED to the United States District Court for the Western Division of the Central District of California. See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3.

The Clerk shall transfer this matter and terminate any pending motions.

DATED: 2/19/14

EDWARD J. DAVILA
United States District Judge

Order of Transfer
P:\PRO-SE\EJD\HC.13\04933Valles_transfer.wpd            2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER VALLES,

        Petitioner,

v.

T. BUSBY, Warden,

        Respondent.

Case Number: CV13-04933 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____02/19/14_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher Valles F 85004
P. O. Box 368
Chino, CA 91708

Dated: _____02/19/14_____

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk